FILED
APR 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8272

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Jose Ventura TORRES-Corral,<br><br>  Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 31, 2008, within the Southern District of California, defendant Jose Ventura TORRES-Corral, did knowingly and intentionally import approximately 27.22 kilograms (59.88 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, APRIL 1, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Ventura TORRES-Corral

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On March 31, 2008, at approximately 1513 hours, Jose Ventura TORRES-Corral, a citizen of Mexico, entered the United States from Mexico at the Calexico, California West Port of Entry. TORRES-Corral was the driver and sole occupant of a silver 2006 Chevrolet Zafira minivan bearing Baja California, Mexico license plates AHX7754. Customs and Border Protection (CBP) Officer B. Brown was assigned to Vehicle Primary Lane Four (4) of the Calexico West Port of Entry when TORRES-Corral approached for entry.

CBP Officer Brown received a negative Customs declaration from TORRES-Corral and referred the Zafira minivan and TORRES-Corral to the Vehicle Secondary Lot for a more thorough examination.

In the Vehicle Secondary Lot, Canine Enforcement Officer J. Jones utilized his Human-Narcotic Detector Dog (HNDD). HNDD alerted to the floor of the Zafira minivan. CBP Officer J. Carp inspected the Zafira minivan and discovered several cellophane wrapped packages concealed inside the floor of the Zafira minivan. CBP Officer Carp probed one of the packages producing a white, powdery substance that field-tested positive for the indication of cocaine. A total of twenty-two (22) packages were removed from the Zafira minivan. The total weight of the packages was approximately 27.22 kilograms (59.88 pounds) of cocaine.

TORRES-Corral was advised of his rights per Miranda. TORRES-Corral stated to Special Agent Leon that he understood his rights and was willing to make a statement without an attorney present. TORRES-Corral stated that he was to be paid $3,000.00 to smuggle marijuana into the United States.