AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE VENTURA TORRES-CORRAL | CASE NUMBER: 08CR1159 DMS |

I, JOSE VENTURA TORRES-CORRAL, the above named defendant, who is accused of

committing the following offense:

  Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
  and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____4/15/08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer