FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1159-DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| JOSE VENTURA TORRES-CORRAL, | ) 960 - Importation of Cocaine |
| | ) (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 31, 2008, within the Southern District of California, defendant JOSE VENTURA TORRES-CORRAL, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 27.22 kilograms (59.88 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 15, 2008 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
4/15/08